**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Linford Samuel Black,
**Petitioner**

                                            CIVIL ACTION
V.                                       NO. 26cv12045-WGY


David Wesling, et al
**Respondents**

**ORDER OF DISMISSAL**
July 31, 2026


**YOUNG D.J.**,

The Respondents informed the Court on May 19, 2026 the Petitioner, Linford Samuel Black, was released from custody. In accordance with the oral order entered at the May 19, 2026 hearing: It is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                            By the Court,

                                            **/s/ Kellyann Belmont**

                                            Deputy Clerk